JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CERVANTES VALENCIA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>T. LIMON, Warden,<br><br>　　　　Respondent. | Case No. 2:21-cv-05916-JLS-KES<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied.

DATED: May 09, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE